Homer R. Elliott, Respondent, v. Adolphus E. Cowles, Appellant.— Order affirmed, with costs. All concurred.

John Moriarty, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with costs. All concurred, except Williams, J., who dissented.

Erwin S. Plumb, as Trustee in Bankruptcy of James W. Callaghan, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

James J. J. Eastman, Respondent, v. International Railway Company, Appellant.— Order affirmed, with costs. All concurred, except Williams, J., who dissented.

William Smith, Respondent, v. National Starch Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that no violation of the Factory Act* was shown and that the plaintiff was injured through his own lack of care and voluntary exposure to danger.

Frank K. Robinson, Appellant, v. Maude A. Thompson and Franklin Trust Company, Respondents.— Judgment affirmed, with costs. All concurred.

Alden B. McCollum, Respondent, v. Diana Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

George Deis, Son & Company, Respondent, v. Henry Hart, Appellant.— Judgment affirmed, with costs. All concurred.

The Lafayette Street Church Society of the City of Buffalo, Respondent, v. Herbert F. J. Norton, Appellant.— Judgment affirmed, with costs. All concurred.

Ann Criswell, Respondent, v. Silas Noble and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Michael King, as Administrator, etc., of George F. King, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

James A. Williams, Plaintiff, v. Daniel R. Sillesky, Defendant.— Plaintiff's exceptions overruled. motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

James F. Loftus, Respondent, v. Continental Casualty Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Sarah Caroline Costello, Respondent, v. John H. Costello, Appellant.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

---

* See Labor Law (Gen. Laws, chap. 32; Laws of 1897, chap. 415), § 81, as amd. by Laws of 1906, chap. 366.—[REP.